IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VALENTINA KOLODRIVSKIY,

    Plaintiff,                               CIV. NO. S-11-2236 GEB GGH PS

  vs.

WACHOVIA MORTGAGE, FSB et al.,

    Defendants.                            ORDER

_____/

Defendant Wachovia's motion to dismiss and motion to strike are presently calendared for hearing on October 6, 2011. Plaintiff failed to file an opposition to these motions. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motions. Accordingly, the court will not entertain oral argument, and will determine the motions on the record, including the briefing in support of the pending motions. See E.D. Cal. L.R. 230(g).

Accordingly, IT IS ORDERED that:

1. The October 6, 2011 hearing on Wachovia's motion to dismiss and motion to strike, filed August 26, 2011, is vacated; and

2. The motions are submitted on the record.

DATED: October 3, 2011

                                           /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE

GGH/wvr - Kolodrivskiy.2236.vac.hrg.wpd