IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VALENTINA KOLODRIVSKIY,

    Plaintiff,                                  CIV S-11-2236 GEB GGH PS

    vs.

WACHOVIA MORTGAGE, FSB et al.,

    Defendants.                             <u>ORDER</u>

_____/

        On October 14, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. <u>See</u> <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

        Accordingly, IT IS ORDERED that the Findings and Recommendations filed October 14, 2011, are ADOPTED and:

1

1. This action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

2. The case is closed.

Dated:  November 9, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge